UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                   Civil Action
                                                                                                   No: 12-cv-10218-WGY

WEST COAST PRODUCTIONS, INC.
Plaintiff

v.

DUFFANY
Defendant

ORDER

YOUNG, D.J.

       After a hearing held on May 16, 2012, this Court Orders that Plaintiff's Motion to Dismiss Counterclaim is Allowed in Part and Denied in Part without prejudice.

                                                                  Sarah Thornton
                                                                  Clerk

                                                                  By: /s/ Jennifer Gaudet
                                                                      Deputy Clerk

May 18, 2012